**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Civil Action Number 1:16-cv-23688-KMW

ANDRES GOMEZ,

     Plaintiff,

v.

SAM ASH MUSIC CORPORATION, and
SAM ASH FLORIDA MEGASTORES, LLC

     Defendant.

---

**NOTICE OF SETTLEMENT**

---

     Plaintiff Andres Gomez, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon execution of a confidential settlement agreement, parties will file a stipulated motion to dismiss this action with prejudice.

     Respectfully submitted on this 17th day of October, 2016.


                           *s/ Scott R. Dinin*
                           Scott R. Dinin
                           SCOTT R. DININ P.A.
                           4200 NW 7th Avenue
                           Miami, Florida 33127
                           Telephone: (786) 431-1333
                           Facsimile: (786) 513-7700
                           Email: inbox@dininlaw.com
                           *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this this 17th day of October, 2016, the foregoing

**NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF,

which caused a copy of the same to be served electronically to:

Joyce Ackerbaum Cox, Esq.
BAKER & HOSTETLER LLP
200 S. Orange Ave., Suite 2300
Orlando, Florida  32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
Email: jacox@bakerlaw.com
*Counsel for Defendant*

*s/ Scott R. Dinin*

2