UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-23688-CIV-WILLIAMS

ANDRES GOMEZ,

    Plaintiff,

vs.

SAM ASH MUSIC CORP., *et al.*,

    Defendants.

_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on the Parties' joint stipulation of dismissal with prejudice (DE 15). Upon review of the stipulation and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 31st day of October, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE